Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT

for the

Central District of California ▼

EASTERN_____ Division

| | FILED |
|---|---|
| | CLERK, U.S. DISTRICT COURT |
| | 02/07/2022 |
| | CENTRAL DISTRICT OF CALIFORNIA |
| | BY: _____ AP _____ DEPUTY |

JASON CASILLAS, MICHELE CASILLAS

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

_____

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

–v–

GEORGE RUBEN,
DOUGLAS MANN INDIVIDUAL CAPACITY

_____

*Defendant(s)*
*(Write the full name of each defendant who is being sued.  If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

Case No.  5:22-cv-00245-JGB(SHKx)

*(to be filled in by the Clerk's Office)*

## COMPLAINT AND REQUEST FOR INJUNCTION

**I.    The Parties to This Complaint**

**A.    The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | JASON CASILLAS, MICHELE CASILLAS |
| Street Address | 30417 LIVE OAK DRIVE PO BOX 81 |
| City and County | RUNNING SPRINGS, SAN BERNARDINO |
| State and Zip Code | CA, 92382 |
| Telephone Number | (949) 872-9466, (949) 872-9462 |
| E-mail Address | MICHELE.JASON1222@GMAIL.COM |

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1

| | |
|---|---|
| Name | GEORGE RUBEN |
| Job or Title *(if known)* | BROKER/LANDLORD |
| Street Address | PO BOX 2576 |
| City and County | RANCHO CUCAMONGA, SAN BERNARDINO |
| State and Zip Code | CA, 91729 |
| Telephone Number | (909) 225-4597 |
| E-mail Address *(if known)* | GEORGE@4597.COM |

Defendant No. 2

| | |
|---|---|
| Name | DOUGLAS MANN IN HIS INDIVIDUAL CAPACITY |
| Job or Title *(if known)* | JUDICIAL OFFICER |
| Street Address | 17780 ARROW BLVD. |
| City and County | FONTANA, SAN BERNARDINO |
| State and Zip Code | CA 92335 |
| Telephone Number | (909) 350-9322 |
| E-mail Address *(if known)* | UNKNOWN |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question  ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

This court has jurisdiction under 28 U.S.C. § 1331. Federal question jurisdiction arises pursuant to 42 U.S.C. § 1983; Fourteenth Amendment. Federal Rules of Civil Procedure Rule 12(b)

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

   and has its principal place of business in the State of *(name)* _____ .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Page 3 of 6

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

b.    If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

30417 Live Oak Drive Running Springs, CA 92382

_____

B.    What date and approximate time did the events giving rise to your claim(s) occur?
1. 11/02/2019 Approx. 9:00am
2. 11/22/2019 Approx. 1:00pm
3. 12/05/2019 Approx. 9:35am
4. 02/28/2020 Approx. 7:30pm

_____

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

C.    **What are the facts underlying your claim(s)?** *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

1. Defendant Ruben blindsided Plaintiffs by manipulating them into signing the lease agreement without disclosing crucial repairs.
2. Plaintiff emailed Defendant Ruben of major hazards due to exposed live wires and water coming through the exterior walls into the bottom floor.
3. Plaintiff emailed Defendant Ruben notifying him of massive amounts of water coming through the exterior walls into the bottom floor.
4. Plaintiff emailed Defendant Ruben to inquire about his plans to the construction work for the bottom floor due to a contractor bid being too high. Plaintiffs felt intimated by Defendant Ruben.

## IV.    Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

1. Pre-existing issue due to mold, exposed wires, vermin, wire shortage Evid. Code § 669, Cal. Civ. Code § 1941 uninhabitable space. CACI No. 325 Breach of Implied Covenant of Good Faith and Fair Dealing.
2. Decay of Plaintiffs personal belongs and furniture, Cal. Code BPC § 17000 unlawful, unfair, or fraudulent business act or practice. FTCA Intentional Negligence Tort. Pain & Suffering.
3. Caused Plaintiffs unnecessary stress, anxiety, and hardships. Health & Safety Code 17920.3 Structural hazards. Unavoidable risk of serious harm to the other people or others' property Ultrahazardous Activity Tort. Pain & Suffering.
4. Breach of Warranty of Habitability fails to repair. Cal. Civ. Code § 1940.2 interferes with a tenant's right to " enjoyment of the premises. " Cal. Code BPC § 17200 fraudulent business act or practice and unfair, deceptive, untrue or misleading. Out-of-pocket expenses, property damage, emotional suffering. Pain & Suffering.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

A. Plaintiff seeking preliminary civil injunction for relief sought. (Defendant Douglas Mann, in his individual capacity, County of San Bernardino) Civil Rights, I.I.E.D., Malicious Prosecution, Deprivation of rights under color of law, Anti-Discrimination Act. Pain and Suffering. Threat, intimidation, or coercion, with the exercise or enjoyment by any individual or individuals of rights secured by the Constitution.
B. Plaintiff suit for Declaratory and Monetary damages of $1,028,000.00, protective order to stay due to unlawful detainer. (Defendant George Ruben) Harassment, I.I.E.D., Wrongful Eviction, Pain and Suffering, Retaliation, Libel/Slander, Intentional Negligence, Ultrahazardous Activity, Breach of Warranty of Habitability fails to repair, Breach of Implied Covenant of Good Faith and Fair Dealing, Oppression, fraud, or malice, Constructive eviction, Constructive fraud, filing false documents, Perjury.
C. Plaintiff seeking mandatory injunction upon filing complaint to motion for a standing order to restore possession/real property due to lockout date being 02/10/2022.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

    b.      If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.      The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

    A.      Where did the events giving rise to your claim(s) occur?

30417 Live Oak Drive Running Springs, CA 92382

    B.      What date and approximate time did the events giving rise to your claim(s) occur?

1. 04/10/2020 Approx. 10:20am
2. 12/01/2020 Approx. 2:20pm
3. 12/01/2020 Approx. 2:20pm
4. 12/14/2020 Approx. 1:45pm

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

1. Plaintiff emailed Defendant Ruben on mitigating the water issues due to defective conditions flowing into the bottom floor and laundry room.
2. Plaintiff emailed Defendant Ruben after fire occurred at resident due to neglected maintenance of fireplace. Fire Department came to residents.
3. Defendant Ruben conspired with nuisance neighbors to cause harm, conflict, and hardships to Plaintiffs.
4. Defendant Ruben came to residence with insurance agent and contractor to make it appear that he was going to repair damages caused by fire.

## IV.    Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

1. FTCA Negligent Infliction of Emotional Distress. Cal. Civ. Code § 1941.1 deemed untenantable. Cal. Code of Civ. § 527.6 (a)(3) suffered harassment. Pain & Suffering.
2. Health and safety code § 17920.3 (b):(8)(9)(f)(k) Fireplaces due to defective material or deterioration, equipment not detained in good and safe working condition. FTCA Negligence Tort falls below a reasonable standard of care for the safety of those around us and careless actions that caused harm to Plaintiffs personal health & belongs due to fire. Pain & Suffering. Breach of Duty of loyalty.
3. Caused defamation of character, slander Cal. Civ. Code § 340. FTCA Defamation/slander Tort. CACI No. 1802 False Light. Cal. Code of Civ. § 527.6 (a)(1)(3) suffered harassment, persistent and aggressive methods to intimidate. Pain & Suffering.
4. Cal. Civ. Code § 3294 oppression, fraud, or malice. CACI No. 325. Breach of Implied Covenant of Good Faith and Fair Dealing. CACI No. 411 Reliance on Good Conduct of Others. FTCA Invasion of privacy Tort the use without the Plaintiff's consent.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

A. Plaintiff seeking preliminary civil injunction for relief sought. (Defendant Douglas Mann, in his individual capacity, County of San Bernardino) Civil Rights, I.I.E.D., Malicious Prosecution, Deprivation of rights under color of law, Anti-Discrimination Act. Pain and Suffering. Threat, intimidation, or coercion, with the exercise or enjoyment by any individual or individuals of rights secured by the Constitution.

B. Plaintiff suit for Declaratory and Monetary damages of $1,028,000.00, protective order to stay due to unlawful detainer. (Defendant George Ruben) Harassment, I.I.E.D., Wrongful Eviction, Pain and Suffering, Retaliation, Libel/Slander, Intentional Negligence, Ultrahazardous Activity, Breach of Warranty of Habitability fails to repair, Breach of Implied Covenant of Good Faith and Fair Dealing, Oppression, fraud, or malice, Constructive eviction, Constructive fraud, filing false documents, Perjury.

C. Plaintiff seeking mandatory injunction upon filing complaint to motion for a standing order to restore possession/real property due to lockout date being 02/10/2022.

b.    If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

30417 Live Oak Drive Running Springs, CA 92382

_____

B.    What date and approximate time did the events giving rise to your claim(s) occur?
1. 01/02/2021 Approx. 2:00pm
2. 05/07/2021 Approx. 12:50pm

_____

C.    **What are the facts underlying your claim(s)?** *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

1. Plaintiff emailed Defendant Ruben in regard to status of the contractor repairing the damages caused by fire that occurred. Plaintiff respectfully request that Defendant Ruben compensate for damages due to insurance claim.
2. Plaintiff emailed Defendant Ruben to inquire of fire damage and insurance adjuster quote.

## IV.    Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

1. Cal. Civ. Code § 1573 Constructive fraud. FTCA Intentional Infliction of Emotional Distress Tort. Cal. Code of Civ. Procedure § 335.1 damage or injury caused by fire. Cal. Civ. Code § 1942.4 failed to correct a building damage. Cal. Civ. Code § 1572 Actual fraud. Pain & Suffering.
2. 42 U.S.C. § 9658 action for damages for exposed chemicals and substance. 31 U.S.C. § 3729 False claims. CACI No. 4111. Constructive Fraud (Civ. Code, § 1573). Cal. Civ. Code § 1572 Actual fraud. Cal. Code of Civ. § 527.6 (a)(1)(3) suffered harassment, persistent and aggressive methods to intimidate. Cal. Civ. Code Civil Code § 1942.5 retaliation. FCTA Intentional Infliction of Emotional Distress Tort. Cal. Civ. Code § 1941.1 Implied Warranty of Habitability. Pain & Suffering.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

A. Plaintiff seeking preliminary civil injunction for relief sought. (Defendant Douglas Mann, in his individual capacity, County of San Bernardino) Civil Rights, I.I.E.D., Malicious Prosecution, Deprivation of rights under color of law, Anti-Discrimination Act. Pain and Suffering. Threat, intimidation, or coercion, with the exercise or enjoyment by any individual or individuals of rights secured by the Constitution.
B. Plaintiff suit for Declaratory and Monetary damages of $1,028,000.00, protective order to stay due to unlawful detainer. (Defendant George Ruben) Harassment, I.I.E.D., Wrongful Eviction, Pain and Suffering, Retaliation, Libel/Slander, Intentional Negligence, Ultrahazardous Activity, Breach of Warranty of Habitability fails to repair, Breach of Implied Covenant of Good Faith and Fair Dealing, Oppression, fraud, or malice, Constructive eviction, Constructive fraud, filing false documents, Perjury.
C. Plaintiff seeking mandatory injunction upon filing complaint to motion for a standing order to restore possession/real property due to lockout date being 02/10/2022.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

      b.     If the defendant is a corporation

          The defendant, *(name)* _____, is incorporated under

          the laws of the State of *(name)* _____, and has its

          principal place of business in the State of *(name)* _____.

          Or is incorporated under the laws of *(foreign nation)* _____,

          and has its principal place of business in *(name)* _____.

          *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.     The Amount in Controversy

        The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

**III.**   **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.     Where did the events giving rise to your claim(s) occur?

       30417 Live Oak Drive Running Springs, CA 92382

_____

B.     What date and approximate time did the events giving rise to your claim(s) occur?

       1. 09/16/2021 Approx. 9:00am
       2. 10/18/2021 Approx. 3:30pm

_____

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

C.      **What are the facts underlying your claim(s)?** *(For example: What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)*

1. Defendant Ruben had a process server Thomas Burton serve Plaintiffs with a 3-day notice.
2. Defendant Ruben filed proof of service with Fontana District Court. Plaintiff did not receive notice till after seven days making it insufficient service of process.

## IV.    Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

1. Defendant Ruben did not give Plaintiff 60 day prior to the proposed date of termination Cal. Civ. Code § 1946.1. Cal. Code of Civ. § 527.6 (a)(1)(3) suffered harassment, persistent and aggressive methods to intimidate. Cal. of Civ. § 128.5 bad faith actions or tactics. Covid-19 Tenant Relief Act (AB832), Covid-19 Tenant Relief Act (SB91) Budget Act, California Tenant Homeowner and Small Landlord Relief and Stabilization Act of 2020 (AB3088), California Government Tenant Relief Act 2021, Federal Centers for Disease Control and Prevention Eviction Moratorium. Pain & Suffering.
2. Cal. Penal Code § 118 PC perjury. FRCP Rule 12. FRCP Rule 4 (C)(D)(F)(G)(M)(b). CA Rules of Court Rule 2.257. Cal. Civ. Code § 470(a)(b)(c)(d). Cal. Penal Code 115 filing false documents. Cal. of Civ. § 128.5 bad faith actions or tactics. FRCP Rule 5. 28 U.S. Code § 1608 Service; time to answer; default. Cal. Civil Code § 1179.03. Cal. Civil Code § 1179.11. Pain & Suffering.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

A. Plaintiff seeking preliminary civil injunction for relief sought. (Defendant Douglas Mann, in his individual capacity, County of San Bernardino) Civil Rights, I.I.E.D., Malicious Prosecution, Deprivation of rights under color of law, Anti-Discrimination Act. Pain and Suffering. Threat, intimidation, or coercion, with the exercise or enjoyment by any individual or individuals of rights secured by the Constitution.
B. Plaintiff suit for Declaratory and Monetary damages of $1,028,000.00, protective order to stay due to unlawful detainer. (Defendant George Ruben) Harassment, I.I.E.D., Wrongful Eviction, Pain and Suffering, Retaliation, Libel/Slander, Intentional Negligence, Ultrahazardous Activity, Breach of Warranty of Habitability fails to repair, Breach of Implied Covenant of Good Faith and Fair Dealing, Oppression, fraud, or malice, Constructive eviction, Constructive fraud, filing false documents, Perjury.
C. Plaintiff seeking mandatory injunction upon filing complaint to motion for a standing order to restore possession/real property due to lockout date being 02/10/2022.

b.    If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under
the laws of the State of *(name)* _____ , and has its
principal place of business in the State of *(name)* _____ .
Or is incorporated under the laws of *(foreign nation)* _____ ,
and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the
same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at
stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the
facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant
was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights,
including the dates and places of that involvement or conduct. If more than one claim is asserted, number each
claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if
needed.

A.    Where did the events giving rise to your claim(s) occur?

Superior Court of California, County of San Bernardino Fontana District 17780 Arrow Boulevard
Fontana, CA 92335

_____

B.    What date and approximate time did the events giving rise to your claim(s) occur?
1. 12/08/2021 Approx. 8:30am

_____

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

C.     What are the facts underlying your claim(s)?  *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

1. Defendant Ruben, Defendant Ruben Lawyer, Defendant Mann, Plaintiffs, at hearing at San Bernardino Superior Court Fontana District.

## IV.     Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

1. Fed. Rule of Civ. Proc. Rule 12 (3)(b)(5), Fourteenth Amendment due process and equal protection clause. First Amendment prohibiting the free exercise thereof; or abridging the freedom of speech. 18 U.S.C. § 242 Deprivation of rights under color of law. 18 U.S.C. § 245 Federally protected activities. 42 U.S.C. § 1983 malicious prosecution. Cal. Civil Code § 52.1 threat, intimidation, or coercion, with the exercise or enjoyment by any individual or individuals of rights secured by the Constitution. FTCA Intention Infliction of Emotional Distress. Cal. Gov. Code § 810. Cal. Gov. Code § 810.2. Cal. Gov. Code § 810.6. Cal. Gov. Code § 810.8. Cal. Gov. Code § 811.4. Cal. Gov. Code § 811.8. Cal. Gov. Code § 811.9. Tort of bad faith. 29 U.S.C. § 1109 Liability for breach of fiduciary duty. Cal Civ. Code § 3294. 28 U.S.C. § 1357 Injuries under Federal laws. Cal. Code of Civ. § 437c. Fed. Rule of Civ. Proc. Rule 60(d)(3) allows courts to " set aside a judgment for fraud on the court. " 42 U.S.C. § 3601 Declaration of policy. Anti-Discrimination Act. 28 U.S.C. § 1443 Civil rights. 18 U.S.C. § 1951. Fed. Rule 407. Pain & Suffering.

## V.     Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

A. Plaintiff seeking preliminary civil injunction for relief sought. (Defendant Douglas Mann, in his individual capacity, County of San Bernardino) Civil Rights, I.I.E.D., Malicious Prosecution, Deprivation of rights under color of law, Anti-Discrimination Act. Pain and Suffering. Threat, intimidation, or coercion, with the exercise or enjoyment by any individual or individuals of rights secured by the Constitution.

B. Plaintiff suit for Declaratory and Monetary damages of $1,028,000.00, protective order to stay due to unlawful detainer. (Defendant George Ruben) Harassment, I.I.E.D., Wrongful Eviction, Pain and Suffering, Retaliation, Libel/Slander, Intentional Negligence, Ultrahazardous Activity, Breach of Warranty of Habitability fails to repair, Breach of Implied Covenant of Good Faith and Fair Dealing, Oppression, fraud, or malice, Constructive eviction, Constructive fraud, filing false documents, Perjury.

C. Plaintiff seeking mandatory injunction upon filing complaint to motion for a standing order to restore possession/real property due to lockout date being 02/10/2022.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

    b.    If the defendant is a corporation

        The defendant, *(name)* _____, is incorporated under

        the laws of the State of *(name)* _____, and has its

        principal place of business in the State of *(name)* _____.

        Or is incorporated under the laws of *(foreign nation)* _____,

        and has its principal place of business in *(name)* _____.

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

        The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

        _____

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

    A.    Where did the events giving rise to your claim(s) occur?

        30417 Live Oak Drive Running Springs, CA 92382

    B.    What date and approximate time did the events giving rise to your claim(s) occur?

1. 09/25/2020 Approx. 8:30am
2. 10/21/2020 Approx. 4:05pm
3. 10/25/2020 Approx. 4:15pm
4. 11/22/2020 Approx. 9:15pm
5. 11/23/2020 Approx. 12:43pm
6. 03/17/2021 Approx. 6:50pm
7. 03/22/2021 Approx. 8:50pm
8. 04/09/2021 Approx. 7:00pm
9. 05/07/2021 Approx. 12:40pm
10. 09/01/2021 Approx. 10:30pm
11. 09/23/2021 Approx. 5:26pm
12. 10/14/2021 Approx. 9:37pm
13. 10/18/2021 Approx. 3:30pm
14. 12/30/2021 Approx. 10:11am
15. 01/16/2022 Approx. 8:14pm

C.      What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

1. Defendant Ruben intentionally and persistently harassed Plaintiffs by via email and process server.

## IV.    Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

1. Cal. Code of Civ. § 527.6 (a)(1)(3) suffered harassment, persistent and aggressive methods to intimidate. FTCA Intentional Infliction of Emotional Distress Tort. Pain & Suffering.

## V.     Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

A. Plaintiff seeking preliminary civil injunction for relief sought. (Defendant Douglas Mann, in his individual capacity, County of San Bernardino) Civil Rights, I.I.E.D., Malicious Prosecution, Deprivation of rights under color of law, Anti-Discrimination Act. Pain and Suffering. Threat, intimidation, or coercion, with the exercise or enjoyment by any individual or individuals of rights secured by the Constitution.

B. Plaintiff suit for Declaratory and Monetary damages of $1,028,000.00, protective order to stay due to unlawful detainer. (Defendant George Ruben) Harassment, I.I.E.D., Wrongful Eviction, Pain and Suffering, Retaliation, Libel/Slander, Intentional Negligence, Ultrahazardous Activity, Breach of Warranty of Habitability fails to repair, Breach of Implied Covenant of Good Faith and Fair Dealing, Oppression, fraud, or malice, Constructive eviction, Constructive fraud, filing false documents, Perjury.

C. Plaintiff seeking mandatory injunction upon filing complaint to motion for a standing order to restore possession/real property due to lockout date being 02/10/2022.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:         02/04/2022

Signature of Plaintiff

Printed Name of Plaintiff    JASON CASILLAS, MICHELE CASILLAS

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address