JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON CASILLAS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GEORGE RUBEN, et al., <br><br> Defendants. | Case No. 5:22-cv-00245-JGB-SHK <br><br> **JUDGMENT** |

Pursuant to the Order Dismissing Case, **IT IS HEREBY ADJUDGED** that Plaintiffs' Applications to Proceed In Forma Pauperis are **DENIED** and that this action is **DISMISSED WITHOUT PREJUDICE**.

Dated: February 15, 2022

HON. JESUS G. BERNAL
United States District Judge